# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PACCAR Financial Corp.**
    Plaintiff(s)
  vs.                            **CASE NUMBER: 3:21-cv-575 (DNH/ML)**

**D&T Trucking, Inc. and David Wickwire**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: granting in part and denying in part [15] Motion for Default Judgment. ORDERED that Plaintiff PACCAR Financial Corp.'s Rule 55 Motion for Default Judgment is GRANTED in part and DENIED in part; Plaintiff PACCAR Financial Corp. is entitled to Default Judgment on its Count I breach of contract claim; Plaintiff PACCAR Financial Corp.'s claims under Counts: (II) unjust enrichment; and (III) account stated are DISMISSED as duplicative of plaintiff's breach of contract claim; and Plaintiff is entitled to a judgment in the amount of $132,198.47.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 14th day of September, 2021.

DATED: September 14, 2021

*[signature: John Domurad]*
Clerk of Court

                        s/Kathy Rogers
                        Deputy Clerk